[No. 53352-5-I.   Division One.   March 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN W. CARTWRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-10351-7, James D. Cayce, J., entered November 7, 2003. *Affirmed* by unpublished opinion per Ellington, A.C.J., concurred in by Baker and Becker, JJ.

[No. 53529-3-I.   Division One.   March 21, 2005.]

JODY FOX, *Respondent*, v. BENTON A. EVANS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-2-01197-5, Michael F. Moynihan, J., entered November 19, 2003. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox, C.J., and Becker, J. Now published at 127 Wn. App. 300.

[No. 53684-2-I.   Division One.   March 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY CAIRNES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-02066-1, Richard McDermott, J., entered January 15, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53771-7-I.   Division One.   March 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-09315-3, Steven C. Gonzalez, J., entered February 12, 2004. *Affirmed* as modified by unpublished per curiam opinion.